**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

**No. 97-40905**
**Summary Calendar**
_____


**TEXAS PROPERTY AND CASUALTY**
**INSURANCE GUARANTY ASSOCIATION,**

**Intervenor Plaintiff - Appellant,**


**VERSUS**


**BLANCA CABRERA, Individually and on behalf of**
**the Estate of Octavio Villarreal Cabrera, Decedent,**
**and as Next Friend of the Minor Children, Jazel**
**Cabrera and Octavio Cabrera, Jr.,**

**Defendant-Appellee.**


_____

Appeal from the United States District Court
For the Southern District of Texas

(G-97-CV-58)
_____
June 30, 1998


Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

   We have carefully reviewed the briefs, the reply brief, the

record excerpts and relevant portions of the record itself.  For

_____

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the reasons stated by the district court in its Order entered under date of July 17, 1997, we AFFIRM the Final Judgment and Order of Disbursement in favor of the defendants as set forth therein.